1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10   ANDRE' BOSTON,
11              Plaintiff,                    No. CIV S-10-1782 KJM DAD P
12         vs.
13   V. GARCIA, et al.,
14              Defendants.                   <u>ORDER</u>
15   _____/
16         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action
17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate
18   Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
19         On July 27, 2011, the magistrate judge filed findings and recommendations,
20   which were served on plaintiff and which contained notice to plaintiff that any objections to the
21   findings and recommendations were to be filed within fourteen days.  Plaintiff has filed
22   objections to the findings and recommendations.
23   /////
24   /////
25   /////
26   /////

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.[1] Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 27, 2011, are adopted in full; and

2. Defendants Aguila, Bayles, Grannis, Harai, McDonald and Reinsel are dismissed from this action.

DATED: October 17, 2011.

_____
UNITED STATES DISTRICT JUDGE

/bost1782.804

---

[1] The court notes that in screening the proposed amended complaint, in light of plaintiff's *pro se* status, the magistrate judge examined the proposed amended complaint as he would during a consideration of the propriety of a motion to amend. *See* FED. R. CIV. P. 15(a)(2).