1
2
3
4
5
6
7
8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ANDRE' BOSTON,

11              Plaintiff,                   No. CIV S-10-1782 KJM DAD P

12        vs.

13    V. GARCIA, et al.,

14              Defendants.                  <u>ORDER</u>

15    _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On January 17, 2012, the magistrate judge filed findings and recommendations,

20    which were served on all parties and which contained notice to all parties that any objections to

21    the findings and recommendations were to be filed within fourteen days.  Defendants have filed

22    objections to the findings and recommendations, and plaintiff has replied to the objections.

23    Defendants have included in their objections a request for judicial notice, which the court grants.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25    304, this court has conducted a *de novo* review of this case, including a review of the exhibits

26    attached to the complaint.  Having carefully reviewed the file, and even having taken judicial

notice as requested, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  The findings and recommendations filed January 17, 2012, are adopted in full;

      2.  Defendants' August 26, 2011 motion to dismiss for failure to state a claim and based on the affirmative defense of qualified immunity (Doc. No. 27) is denied; and

      3.  Defendants are directed to file an answer in response to plaintiff's Eighth Amendment claims within thirty days of service of this order.

DATED:  March 19, 2012.

_____
UNITED STATES DISTRICT JUDGE

/bost1782.806