IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE′ BOSTON,

    Plaintiff,                     No. CIV S-10-1782 KJM DAD P

    vs.

V. GARCIA, et al.,

    Defendants.                    <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 17, 2012, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations, and plaintiff has replied to the objections. Defendants have included in their objections a request for judicial notice, which the court grants.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case, including a review of the exhibits attached to the complaint. Having carefully reviewed the file, and even having taken judicial

1

1 notice as requested, the court finds the findings and recommendations to be supported by the
2 record and by the proper analysis.

3         Accordingly, IT IS HEREBY ORDERED that:

4         1. The findings and recommendations filed January 17, 2012, are adopted in full;

5         2. Defendants' August 26, 2011 motion to dismiss for failure to state a claim and
6 based on the affirmative defense of qualified immunity (Doc. No. 27) is denied; and

7         3. Defendants are directed to file an answer in response to plaintiff's Eighth
8 Amendment claims within thirty days of service of this order.

9 DATED: March 19, 2012.

                              UNITED STATES DISTRICT JUDGE

13 /bost1782.806