IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE' BOSTON,

      Plaintiff,                    No. CIV S-10-1782-KJM DAD P

    vs.

V. GARCIA et al.,

      Defendants.            ORDER

_____/

        On June 20, 2012, plaintiff filed objections to the magistrate judge's order filed June 6, 2012, denying his motion for appointment of counsel. The court has construed the objections as a request for reconsideration. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2 the magistrate judge filed June 6, 2012, is affirmed.
3 DATED: August 9, 2012.

_____
UNITED STATES DISTRICT JUDGE