IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE' BOSTON,

      Plaintiff,                      No. 2:10-cv-1782-KJM DAD P

   vs.

V. GARCIA, et al.,

      Defendants.            <u>ORDER</u>

        On April 24, 2013, plaintiff filed objections to the magistrate judge's order filed March 20, 2013, denying his motion under Federal Rule of Civil Procedure 36(a)(6), denying his motion for a stay, and denying his request to order defendants to provide him with a copy of his deposition transcript.  The court has construed the objections as a request for reconsideration.  Under E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds the magistrate judge's ruling was not clearly erroneous or contrary to law.

/////

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 20, 2013, is affirmed.

DATED: June 27, 2013.

_____
UNITED STATES DISTRICT JUDGE